# LOEVY + LOEVY

November 19, 2025

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**VIA CM/ECF**
Honorable Julie Rubin
101 West Lombard Street
Chambers 3A
Baltimore, MD 21201
(410) 962-4812

RE:  *Paylor v. Baltimore Police Department, et al.*, Case No. 24 CV 2746-JRR

Dear Judge Rubin,

      Plaintiff writes seeking a pre-motion discovery conference with the Court in the above-captioned case. Plaintiff is seeking to compel Defendant Hersl to provide written discovery.

      In particular, on June 10, 2025, Plaintiff served requests for production and interrogatories on Defendant Hersl. Defendant Hersl responded on July 25, 2025. On August 22, 2025, Plaintiff requested that the parties meet and confer about a number of Hersl's responses that Plaintiff believed were deficient. After multiple attempts to reach counsel for Defendant Hersl, on October 6, 2025, the parties met and conferred. During that conference, Defendant Hersl agreed to supplement the following discovery responses by October 20, 2025:

- Request for Production ("RFP") No. 3: Hersl agreed to request and produce the file from his criminal defense attorney, William Purpura
- RFP No. 6: Hersl agreed to search for and produce Complaints against him, including notices of claims, lawsuits and other materials
- RFP Nos. 7-9: Hersl agreed to search and produce emails, text messages and social media postings responsive to Plaintiff's requests
- Hersl also agreed to request and reproduce documents that were produced in a format that neither Plaintiff nor Hersl could open
- Interrogatory ("INT") No. 1: Hersl agreed to supplement this interrogatory, which sought information about persons with knowledge of events described in the Complaint
- INT No. 2: Hersl agreed to supplement this interrogatory, which sought information about Complaints against him
- INT No. 3: Hersl agreed to supplement this interrogatory, which sought information about responsive communications
- INT No. 4: Hersl agreed to supplement this interrogatory, which sought information about criminal convictions

  Defendant Hersl did not supplement his discovery responses on October 20, nor has he otherwise responded to Plaintiff's multiple attempts to reach him by email and phone about this outstanding discovery. As a result, Plaintiff is seeking a pre-motion discovery conference.

                Sincerely,

                By: /s/ Gayle Horn
                *One of Plaintiff's Attorneys*

cc: counsel of record