IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEYON PAYLOR, | ) | No. 1:24-CV-02746-JRR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALTIMORE POLICE DEPARTMENT, | ) | |
| DANIEL HERSL, JOHN BURNS, | ) | JUDGE JULIE REBECCA |
| TIMOTHY ROMEO, JORDAN MOORE, | ) | RUBIN |
| AND UNKNOWN EMPLOYEES OF THE | ) | |
| BALTIMORE POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME the parties, by and through their attorneys, and submit the following joint status report:

1.      On November 20, 2025, this Court ordered the parties to submit a status report about "the manner in which this action will proceed with respect to Mr. Hersl" given Mr. Hersl's death. Doc. 62.

2.      The claims against Defendant Hersl survive his death. *See Wilson v. Garcia*, 471 U.S. 261, 271-75 (1985) (all § 1983 claims should be deemed personal injury suits for purposes of determining the applicable statutes of limitation); *Anderson v. Romero*, 42 F.3d 1121, 1123 (7th Cir. 1994) ("Section 1983 does not mention survival, but 42 U.S.C.§ 1988 directs us in such absences to look to state law unless it is inconsistent with federal policy"); 42 U.S.C. § 1988(a); Md. Cts. & Jud. Proc. Code Ann. § 6-401, "Cause of Action at Law" ("(a) Except as provided in subsection (b) of this section, a cause of action at law, whether real, personal, or mixed, survives the death of either party.").

3.      As a result, Mr. Ball, who represented Mr. Hersl while he was alive, has been trying to identify his next of kin or someone who can serve in the capacity of a personal representative. To that end, Mr. Ball has done the following:

a.  Repeated calls to Ms. Shott's Lexis Nexis SmartLinx Person Report's phone number initially went without a response.

b.  An email to Ms. Shott detailing the current litigation status was sent on November 25, 2025 .

c.  A letter to Ms. Shott was delivered via FedEx on November 26, 2025.

d.  Ms. Shott returned Mr. Ball's call on December 2, 2025 indicating that she had read the email and letter.

e.  Ms. Shott advised that Mr. Hersl died intestate, and that he did not have any assets.  Ms. Shott further advised that Mr. Hersl spent all of his savings, and does not own a car or home.

f.  At present, Ms. Shott does not know if an estate will be opened.

g.  Ms. Shott indicated she is willing to have further discussions.

h.  Maryland's Office of Register of Wills does not reflect that, at present, any estate has been opened for Mr. Hersl.

4.      Additionally, during communications among counsel, Plaintiff's counsel explained that in other jurisdictions in which she works, the courts have often appointed a special representative who is more akin to a friend of the court (*e.g.*, a city attorney not otherwise involved in the litigation) to act as the representative of a deceased defendant's estate for purposes of defending against civil litigation. *See, e.g., Brown v. City of Chicago*, No. 19 C 4082, 2020 WL 4696624 (N.D. Ill. Jan. 28, 2020). Plaintiff's counsel asked counsel for the BPD

if the BPD would be amenable to doing something similar here. Counsel for the BPD is going to inquire if that would be possible.

      5.      Accordingly, the parties request that the Court issue an order requiring a further status on the issue of Mr. Hersl no later than January 5, 2026.

Respectfully Submitted,

/s/ Gayle Horn

Jon Loevy
Gayle Horn
Renee Spence
Maggie Filler
Loevy & Loevy
311 N. Aberdeen St. 3rd Fl.
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
*Attorney for Plaintiff*

/s/ James A.H. Corley
James A. H. Corley (Fed Bar No. 30016)
Chief Solicitor
Tyler A. Morrison (Federal Bar No. 31321)
Assistant Solicitor
Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
410-274-8614 / 410-396-2126 (facsimile)
E-mail: jim.corley@baltimorepolice.org
tyler.morrison@baltimorecity.gov
*Counsel for Defendant BPD*

/s/ Christopher C. Jeffries

Christopher C. Jeffries (Bar No. 28587)
Kramon & Graham, P.A
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
cjeffries@kg-law.com
(410) 752-6030 Telephone
(410) 539-1269 Facsimile
*Attorneys for Defendants Timothy Romeo,*
*John Burns, and Jordan Moore*

/s/ Chaz R. Ball
Chaz R. Ball (Fed. Bar No. 30044)
Schlachman, Belsky, Weiner & Davey, P.A.
300 E. Lombard Street, Suite 1100
Baltimore, Maryland 21202
Phone: (410) 685-2022
Fax: (410) 783-4771
*Attorney for Defendant Hersl*

## CERTIFICATE OF SERVICE

I, Gayle Horn, an attorney, hereby certify that I filed the foregoing document via the Court's CM/ECF system on December 2, 2025, and thereby served a copy on all counsel of record.

/s/ Gayle Horn
*One of Plaintiff's Attorneys*